**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
   Richmond   Division**

In re:  Jeaneen Shartrice Townes                               )
                                                               )
                                                               )  Case No.   13-36245-KRH   
                                                               )
                                                               )
             Debtor(s)                                         )  Chapter    13   
                                                               )
Address    227 South Cedar Ave                                 )
              Henrico, VA 23075                                )
                                                               )
Last four digits of Social Security No(s).:  4309              )
                                                               )
                                                               )

# NOTICE OF MOTION

Jeaneen Shartrice Townes   has filed papers with the court to Substitute Counsel.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before January 14, 2015, you or your attorney must:

X       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

       Clerk of Court
       United States Bankruptcy Court
       701 East Broad Street
       Richmond, VA 23219

You must also mail a copy to:

       America Law Group, Inc.
       8501 Mayland Dr., Ste 106
       Henrico, VA 23294

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ _____ _. m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm <5100/5000> Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date: 12/31/2014 | Signature, name, address, and telephone number of person giving notice:<br>/s/ Sean D. Contreras<br>Sean D. Contreras, Esq.<br>America Law Group, Inc.<br>8501 Mayland Dr., Ste 106<br>Henrico, VA 23294<br>VSB No.   42677<br>Counsel for   Jeaneen Shartrice Townes |

<u>Certificate of Service</u>

I hereby certify that I have this 31st day of <u>December</u>, 20<u>14</u>, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Sean D. Contreras
Sean D. Conteras, Esq.

# Creditors

**Accounts Receivable Management**
PO Box 129
Thorofare, NJ 08086-0129

**Alliance One**
4850 Street Rd, Ste 300
Feasterville Trevose, PA 19053-0000

**Allied Cash Advance**
200 SE 1st St
Ste 800

Miami, FL 33131-0000

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**America Law Group, Inc.**
2800 N. Parham Road
Suite 100
Henrico, VA 23294

**BCC Financial Management Svcs**
3230 W Commercial Blvd
Suite 200
Fort Lauderdale, FL 33309-0000

**BCC Financial Management Svcs**
PO Box 590097
Fort Lauderdale, FL 33359-0097

**Bon Secours**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**Bon Secours Richmond Hlth Sys**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours St. Mary's Hospital**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**C&F Finance Company**
PO Box 2129
Richmond, VA 23218-0000

**C&F Finance Company**
1927 C&F Drive
Hampton, VA 23666-0000

**Capital One Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Cash Transfer Centers**
Level 8, Ste 3, Plaza Commerci
Bisazza Street
Sliema SLM 15, Malta

**CashnetUSA**
200 West Jackson, Suite 1400
Chicago, IL 60606-6941

**Check City**
Collection Dep't
2729-B West Broad Street
Richmond, VA 23220-0000

**Check City**
PO Box 970183
Orem, UT 84097-0000

**Check'n'Go**
74 South Airport Drive
Henrico, VA 23075-0000

**Comcast**
5401 Staples Mill Road
Henrico, VA 23228-5421

**Commonwealth Radiology, PC**
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-3421

**Continental Emergency Services**
111 Bulifants Blvd
Suite B
Williamsburg, VA 23188-5711

**County of Henrico**
Department of Public Utilities
PO Box 90775
Henrico, VA 23273-0775

**County of Henrico**
attn: Rhysa G South
PO Box 90775
Henrico, VA 23273-7032

**Credit Adjustment Board**
306 East Grace St.
Richmond, VA 23219-0000

**Credit Adjustment Board**
8002 Discovery Drive, Ste 311
Henrico, VA 23229-0000

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-0000

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290-0001

**Eastern Account System INC.**
Attn: Bankruptcy Dept.
PO Box 837
Newtown, CT 06470-0000

**Eastern Account System of Conn**
PO Box 837
Newtown, CT 06470-0000

**eCAST Settlement Corporation assignee of HSBC Bank**
Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

**Edward L Mollen, MD**
5855 Bremo Rd, Ste 702
Richmond, VA 23226-0000

**Enterprise Rent-A-Car**
PO Box 405738
Atlanta, GA 30384-0000

**Family and Cosmetic Dentistry**
Paul Y Da Cunha DMD
8503 Patterson Ave, Ste C
Henrico, VA 23229-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**First Virginia Financial Svcs**
9121 Staples Mill Road
Henrico, VA 23228-2026

**Great Expressions Dental**
1560 Oakbrook Dr.
Norcross, GA 30093

**Great Expressions Dental Cntrs**
4859 Finlay St
Henrico, VA 23231-0000

**HENRICO COUNTY, VIRGINIA**
JASON M. HART, ASST COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Horizon Fin**
8585 Broadway #88
Merrillville, IN 46410-0000

**House Recovery**
6880 South Yosemite Court
Suite 100
Aurora, CO 80012-0000

**HSBC Bank**
PO Box 5253
Carol Stream, IL 60197-0000

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kipling Financial Services**
dba MoneyMax Title Loans
4300 S Laburnum Ave
Henrico, VA 23231-0000

**Loan Max**
4802 South Laburnum Ave
Henrico, VA 23231-0000

**Memorial Regional Medical Cent**
8260 Atlee Road
Mechanicsville, VA 23116-0000

**Money Max**
3440 Preston Ridge Rd, Ste 500
Alpharetta, GA 30005

**NCO Financial Systems**
7595 Montevideo Rd, Ste 110
Department 750
Jessup, MD 20794-0000

**NCO Financial Systems**
507 Prudential Road
Horsham, PA 19044-0000

**Pellettieri**
991 Oak Creek Dr
Lombard, IL 60148-0000

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**Professional Placement Svcs**
272 N 12th Street
PO Box 612
Milwaukee, WI 53233-2604

**Quest Diagnostics**
1901 Sulphur Spring Rd
Halethorpe, MD 21227-0000

**Receivable Management**
PO Box 17305
Richmond, VA 23226-0000

**Receivables Management System**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 28538
Henrico, VA 23228-0000

**SunTrust Bank**
PO Box 79079
Baltimore, MD 21279-0079

**Triad Financial Corp/Santander**
Attn: Bankruptcy Department
Po Box 105255
Atlanta, GA 30348-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Verizon**
500 Technology Dr., Ste 30
Weldon Spring, MO 63304

**Virginia Ear Nose and Throat**
PO Box 36007
Richmond, VA 23235-0000

**Wells Fargo Bank**

OverdraftRecov - Mac P6053-021
PO Box 5058
Portland, OR 97208-0000

**West End Anesthesia Group**
c/o MedDirect
P.O. Box 120130
Grand Rapids, MI 49528-0103

**West End Anesthesiology**
PO Box 88073
Chicago, IL 60680-1073

**West End Anesthsia Group**
5855 Bremo Rd, Ste 100
Richmond, VA 23226-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 13-36245-KRH |
| Jeaneen Shartrice Townes | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

**Amended MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Jeaneen Shartrice Townes the Debtor herein and moves the Court to allow the substitution of Sean D. Contreras, Esquire and in support thereof states as follows:

1. Jeaneen Shartrice Townes filed a petition for relief under Chapter 13 of the Bankruptcy Codes on 11/19/2013 and was assigned case number 13-36245.

2. The current bankruptcy case was filed with Roger C. Hurwitz of Woehrle Franklin Dahlberg Jones PLLC.

3. Debtor has signed consent authorizing Sean D. Contreras to substitute as attorney.

WHEREFORE, the Debtor moves the Court to allow the substitution of Sean D. Contreras, Esquire, as counsel for the Debtor in place of Roger C. Hurwitz, as per the request of the Debtor.

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF

THIS MOTION TO SUBSTITUTE COUNSEL, THE COURT MAY DEEM ANY

OPPOSITION WAIVED AND ISSUE AN ORDER SUSTAINING THE MOTION

WITHOUT FURTHER NOTICE OR HEARING.

                                                Respectfully submitted,
                                                Jeaneen Shartrice Townes


                                            By:  /s/ Sean D. Contreras, Esquire
                                                  Sean D. Contreras, Counsel

I ask for this:
/s/ Jeaneen Shartrice Townes
Jeaneen Shartrice Townes

Sean D. Contreras, Esquire
VSB # 42677
America Law Group, Inc.
8501 Mayland Dr. Ste 106
Henrico, VA 23294
Ph: 804-308-0051

Seen and agreed:
/s/ Roger C. Hurwitz            .
Roger C. Hurwitz
Woehrle Franklin Dahlberg Jones PLLC

CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing Motion was mailed by electronic means or by first class USPS mail, postage prepaid to Robert Hyman, Chapter 13 Trustee, Roger C. Hurwitz of Woehrle Franklin Dahlberg Jones, and all necessary parties, listed below, on 12/31/2014.

      /s/ Sean D. Contreras
      Sean D. Conteras, Esq.

# Creditors

**Accounts Receivable Management**
PO Box 129
Thorofare, NJ 08086-0129

**Alliance One**
4850 Street Rd, Ste 300
Feasterville Trevose, PA 19053-0000

**Allied Cash Advance**
200 SE 1st St
Ste 800
Miami, FL 33131-0000

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**America Law Group, Inc.**
2800 N. Parham Road
Suite 100
Henrico, VA 23294

**BCC Financial Management Svcs**
3230 W Commercial Blvd
Suite 200
Fort Lauderdale, FL 33309-0000

**BCC Financial Management Svcs**
PO Box 590097
Fort Lauderdale, FL 33359-0097

**Bon Secours**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**Bon Secours Richmond Hlth Sys**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours St. Mary's Hospital**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**C&F Finance Company**
PO Box 2129
Richmond, VA 23218-0000

**C&F Finance Company**
1927 C&F Drive
Hampton, VA 23666-0000

**Capital One Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Cash Transfer Centers**
Level 8, Ste 3, Plaza Commerci
Bisazza Street
Sliema SLM 15, Malta

**CashnetUSA**
200 West Jackson, Suite 1400
Chicago, IL 60606-6941

**Check City**
Collection Dep't
2729-B West Broad Street
Richmond, VA 23220-0000

**Check City**
PO Box 970183
Orem, UT 84097-0000

**Check'n'Go**
74 South Airport Drive
Henrico, VA 23075-0000

**Comcast**
5401 Staples Mill Road
Henrico, VA 23228-5421

**Commonwealth Radiology, PC**
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-3421

**Continental Emergency Services**
111 Bulifants Blvd
Suite B
Williamsburg, VA 23188-5711

**County of Henrico**
Department of Public Utilities
PO Box 90775
Henrico, VA 23273-0775

**County of Henrico**
attn: Rhysa G South
PO Box 90775
Henrico, VA 23273-7032

**Credit Adjustment Board**
306 East Grace St.
Richmond, VA 23219-0000

**Credit Adjustment Board**
8002 Discovery Drive, Ste 311
Henrico, VA 23229-0000

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-0000

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290-0001

**Eastern Account System INC.**
Attn: Bankruptcy Dept.
PO Box 837
Newtown, CT 06470-0000

**Eastern Account System of Conn**
PO Box 837
Newtown, CT 06470-0000

**eCAST Settlement Corporation assignee of HSBC Bank**
Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

**Edward L Mollen, MD**
5855 Bremo Rd, Ste 702
Richmond, VA 23226-0000

**Enterprise Rent-A-Car**
PO Box 405738
Atlanta, GA 30384-0000

**Family and Cosmetic Dentistry**
Paul Y Da Cunha DMD
8503 Patterson Ave, Ste C
Henrico, VA 23229-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**First Virginia Financial Svcs**
9121 Staples Mill Road
Henrico, VA 23228-2026

**Great Expressions Dental**
1560 Oakbrook Dr.
Norcross, GA 30093

**Great Expressions Dental Cntrs**
4859 Finlay St
Henrico, VA 23231-0000

**HENRICO COUNTY, VIRGINIA**
JASON M. HART, ASST COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Horizon Fin**
8585 Broadway #88
Merrillville, IN 46410-0000

**House Recovery**
6880 South Yosemite Court
Suite 100
Aurora, CO 80012-0000

**HSBC Bank**
PO Box 5253
Carol Stream, IL 60197-0000

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kipling Financial Services**
dba MoneyMax Title Loans
4300 S Laburnum Ave
Henrico, VA 23231-0000

**Loan Max**
4802 South Laburnum Ave
Henrico, VA 23231-0000

**Memorial Regional Medical Cent**
8260 Atlee Road
Mechanicsville, VA 23116-0000

**Money Max**
3440 Preston Ridge Rd, Ste 500
Alpharetta, GA 30005

**NCO Financial Systems**
7595 Montevideo Rd, Ste 110
Department 750
Jessup, MD 20794-0000

**NCO Financial Systems**
507 Prudential Road
Horsham, PA 19044-0000

**Pellettieri**
991 Oak Creek Dr
Lombard, IL 60148-0000

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**Professional Placement Svcs**
272 N 12th Street
PO Box 612
Milwaukee, WI 53233-2604

**Quest Diagnostics**
1901 Sulphur Spring Rd
Halethorpe, MD 21227-0000

**Receivable Management**
PO Box 17305
Richmond, VA 23226-0000

**Receivables Management System**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 28538
Henrico, VA 23228-0000

**SunTrust Bank**
PO Box 79079
Baltimore, MD 21279-0079

**Triad Financial Corp/Santander**
Attn: Bankruptcy Department
Po Box 105255
Atlanta, GA 30348-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Verizon**
500 Technology Dr., Ste 30
Weldon Spring, MO 63304

**Virginia Ear Nose and Throat**
PO Box 36007
Richmond, VA 23235-0000

**Wells Fargo Bank**
OverdraftRecov - Mac P6053-021
PO Box 5058
Portland, OR 97208-0000

**West End Anesthesia Group**
c/o MedDirect
P.O. Box 120130
Grand Rapids, MI 49528-0103

**West End Anesthesiology**
PO Box 88073
Chicago, IL 60680-1073

**West End Anesthsia Group**
5855 Bremo Rd, Ste 100
Richmond, VA 23226-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In Re:                              )
    Jeaneen Shartrice Townes    )    Case No.: 13-36245-KRH
                                    )
    Debtor                      )    Chapter 13
                                    )

PROPOSED ORDER AUTHORIZING
SUBSTITUTION OF COUNSEL

Came this day the debtor, by counsel, and upon Debtor's Motion to Substitute Counsel, and the Court having considered the motion I detail, and finding it in order and proper to approve the same, it is hereby

ORDERED that ATTORNEY be allowed and is hereby granted relief to withdraw and is withdrawn as counsel for the debtor and that Sean D. Contreras is hereby substituted as counsel for Debtor in this action.

Entered _____.

_____.
United States Bankruptcy Judge

We ask for this:

Entered on docket: _____.

/s/ Sean D. Contreras
Sean D. Contreras, VSB 42677
America Law Group, Inc.
Debt Law Group
8501 Mayland Dr., Ste 106
Henrico, VA 23294
Ph: 804-308-0051
Proposed Counsel for Debtor

/s/ Jeaneen Shartrice Townes
Jeaneen Shartrice Townes

Seen and agreed:

_____
Roger C. Hurwitz
Woehrle Franklin Dahlberg Jones PLLC

## CERTIFICATE OF SERVICE

      Pursuant to Local Rules of this Court, I hereby certify that this proposed Order was either endorsed by or a true copy was served on all necessary parties via fist-class mail, postage prepaid on this the 31st day of December, 2014, including those parties listed on the attached Service List.

                                           /s/ Sean D. Contreras
                                           Sean D. Contreras

Jeaneen Shartrice Townes
227 South Cedar Ave Henrico, VA 23075

Sean Contreras
America Law Group
8501 Mayland Dr. Ste 106  Henrico, VA 23294

Roger Hurwitz
Woehrle Franklin Dahlberg Jones
2016 Lafayette Blvd. Ste. 101   Fredericksburg, Virginia 22401

Robert Hyman
PO Box 1780 Richmond, VA 23219

## Creditors

**Accounts Receivable Management**
PO Box 129
Thorofare, NJ 08086-0129

**Alliance One**
4850 Street Rd, Ste 300
Feasterville Trevose, PA 19053-0000

**Allied Cash Advance**
200 SE 1st St
Ste 800
Miami, FL 33131-0000

**America Law Group, Inc.**
t/a Debt Law Group
2800 N Parham Rd, Ste 100
Henrico, VA 23294-0000

**America Law Group, Inc.**
2800 N. Parham Road
Suite 100
Henrico, VA 23294

**BCC Financial Management Svcs**
3230 W Commercial Blvd
Suite 200
Fort Lauderdale, FL 33309-0000

**BCC Financial Management Svcs**
PO Box 590097
Fort Lauderdale, FL 33359-0097

**Bon Secours**
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**Bon Secours Richmond Hlth Sys**

PO Box 28538
Henrico, VA 23228-0000

**Bon Secours St. Mary's Hospital**
c/o Patrick F. Heinen, Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Dr.
Richmond, VA 23294-4704

**C&F Finance Company**
PO Box 2129
Richmond, VA 23218-0000

**C&F Finance Company**
1927 C&F Drive
Hampton, VA 23666-0000

**Capital One Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Cash Transfer Centers**
Level 8, Ste 3, Plaza Commerci
Bisazza Street
Sliema SLM 15, Malta

**CashnetUSA**
200 West Jackson, Suite 1400
Chicago, IL 60606-6941

**Check City**
Collection Dep't
2729-B West Broad Street
Richmond, VA 23220-0000

**Check City**
PO Box 970183
Orem, UT 84097-0000

**Check'n'Go**
74 South Airport Drive
Henrico, VA 23075-0000

**Comcast**
5401 Staples Mill Road
Henrico, VA 23228-5421

**Commonwealth Radiology, PC**
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-3421

**Continental Emergency Services**
111 Bulifants Blvd
Suite B
Williamsburg, VA 23188-5711

**County of Henrico**
Department of Public Utilities
PO Box 90775
Henrico, VA 23273-0775

**County of Henrico**
attn: Rhysa G South
PO Box 90775
Henrico, VA 23273-7032

**Credit Adjustment Board**
306 East Grace St.
Richmond, VA 23219-0000

**Credit Adjustment Board**
8002 Discovery Drive, Ste 311
Henrico, VA 23229-0000

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-0000

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290-0001

**Eastern Account System INC.**
Attn: Bankruptcy Dept.
PO Box 837
Newtown, CT 06470-0000

**Eastern Account System of Conn**
PO Box 837
Newtown, CT 06470-0000

**eCAST Settlement Corporation assignee of HSBC Bank**
Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

**Edward L Mollen, MD**
5855 Bremo Rd, Ste 702
Richmond, VA 23226-0000

**Enterprise Rent-A-Car**
PO Box 405738
Atlanta, GA 30384-0000

**Family and Cosmetic Dentistry**
Paul Y Da Cunha DMD
8503 Patterson Ave, Ste C
Henrico, VA 23229-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**First Virginia Financial Svcs**
9121 Staples Mill Road
Henrico, VA 23228-2026

**Great Expressions Dental**
1560 Oakbrook Dr.
Norcross, GA 30093

**Great Expressions Dental Cntrs**
4859 Finlay St
Henrico, VA 23231-0000

**HENRICO COUNTY, VIRGINIA**
JASON M. HART, ASST COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Horizon Fin**
8585 Broadway #88
Merrillville, IN 46410-0000

**House Recovery**
6880 South Yosemite Court
Suite 100
Aurora, CO 80012-0000

**HSBC Bank**
PO Box 5253
Carol Stream, IL 60197-0000

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Kipling Financial Services**
dba MoneyMax Title Loans
4300 S Laburnum Ave
Henrico, VA 23231-0000

**Loan Max**
4802 South Laburnum Ave
Henrico, VA 23231-0000

**Memorial Regional Medical Cent**
8260 Atlee Road
Mechanicsville, VA 23116-0000

**Money Max**
3440 Preston Ridge Rd, Ste 500
Alpharetta, GA 30005

**NCO Financial Systems**
7595 Montevideo Rd, Ste 110
Department 750
Jessup, MD 20794-0000

**NCO Financial Systems**
507 Prudential Road
Horsham, PA 19044-0000

**Pellettieri**
991 Oak Creek Dr
Lombard, IL 60148-0000

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**Professional Placement Svcs**
272 N 12th Street
PO Box 612
Milwaukee, WI 53233-2604

**Quest Diagnostics**
1901 Sulphur Spring Rd
Halethorpe, MD 21227-0000

**Receivable Management**
PO Box 17305
Richmond, VA 23226-0000

**Receivables Management System**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 28538
Henrico, VA 23228-0000

**SunTrust Bank**
PO Box 79079
Baltimore, MD 21279-0079

**Triad Financial Corp/Santander**
Attn: Bankruptcy Department
Po Box 105255
Atlanta, GA 30348-0000

**United States Attorney**
Main Street Centre 18th Flr.
600 East Main Street
Richmond, VA 23219

**Verizon**
500 Technology Dr., Ste 30
Weldon Spring, MO 63304

**Virginia Ear Nose and Throat**
PO Box 36007
Richmond, VA 23235-0000

**Wells Fargo Bank**
OverdraftRecov - Mac P6053-021
PO Box 5058
Portland, OR 97208-0000

**West End Anesthesia Group**
c/o MedDirect
P.O. Box 120130
Grand Rapids, MI 49528-0103

**West End Anesthesiology**
PO Box 88073
Chicago, IL 60680-1073

**West End Anesthsia Group**
5855 Bremo Rd, Ste 100
Richmond, VA 23226-0000